# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

ZAMPERLA, INC.; and ANTONIO ZAMPERLA, SPA,

      Plaintiffs,

v.                                      Case No. 6:13-cv-1807-Orl-37KRS

I.E. PARK SRL,

      Defendant.

## ORDER

This cause is before the Court *sua sponte.* Local Rule 3.01(g) requires that, before filing any motion in a civil case, the moving party must "confer with counsel for the opposing party in a good faith effort to resolve the issues raised by the motion."

Counsel for Defendant is **DIRECTED** to file, on or before September 19, 2014, a sworn statement delineating her efforts to resolve the issues raised in the Motion to Strike Patent Infringement Claims and for Sanctions for Failure to Comply with Scheduling Order (Doc. 34), filed August 26, 2014. The statement must include details of all relevant communications between the parties, including the August 26, 2014 conferral referenced in the motion's Rule 3.01(g) certification (*see id.* at 14).

**DONE AND ORDERED** in Chambers in Orlando, Florida, on September 12, 2014.

ROY B. DALTON JR.
United States District Judge

Copies:

Counsel of Record