**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

ZAMPERLA, INC.; and ANTONIO ZAMPERLA, SpA,

        Plaintiffs,

v.        Case No. 6:13-cv-1807-Orl-37KRS

I.E. PARK SRL,

        Defendant.

**INJUNCTION**

The parties in this action have settled their disputes and jointly request that the Court enter a permanent injunction in accordance with their stipulation and without requiring that Plaintiffs post a bond (Doc. 94-1). (*See* Doc. 94.) Upon consideration, the Court finds that the parties' request is due to be granted.

Accordingly, it is hereby **ORDERED AND ADJUDGED** that—until the dates set forth below—Defendant I.E. Park srl, along with its directors, principals, officers, agents, servants, employees, representatives, successors, assigns, and all those persons or entities acting in concert or participation with Defendant who receive actual notice of this Injunction, are **ENJOINED AND RESTRAINED FROM IMPORTING, OFFERING TO SELL, OR SELLING** the following rides in the United States of America:

    (1)    what has previously been marketed as the **Beach Safari**, which infringes upon Zamperla's U.S. Patent No. 7,846,032, up through **December 27, 2025**; and

    (2)    what has previously been marketed as the **Rocking Submarine**,

which infringes upon Zamperla's U.S. Patent No. 6,884,177, up through **February 28, 2023**.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on November 12, 2015.



ROY B. DALTON JR.
United States District Judge

Copies:

Counsel of Record

2